IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 08-MJ-00118-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. NICHOLAS KYLE HERRERA,

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court had previously appointed Brian K. Schowalter from the CJA Panel to represent the Defendant on all local matters in this case, however, Mr. Schowalter's office has informed the Court that he will not be available on June 6, 2008 and requested that someone else be appointed, therefore;

**IT IS HEREBY ORDERED** that the appointment of Brian K. Schowalter is rescinded and David Greenberg will be appointed from the CJA Panel to represent the Defendant on all local matters.

**DATED: June 4, 2008**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**